UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOE HODGE, | NO. CV 09-00366 CJC (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE STATE OF CALIFORNIA; FRANCISCO JACQUEZ, Acting Warden, | |
| Respondents. | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 8, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE